IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-549-STV

JAMES DELANEY,

      Plaintiff,

v.

WILLIAM ROMERO, in his individual capacity,

      Defendant.

---

## MOTION TO RESTRICT ACCESS TO CONFIDENTIAL EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, James Delaney, files this, Motion to Restrict Document pursuant to D.C.COLO.LCivR 7.2(c) and CMA Civ. Practice Standard 7.1E(d)(1), and would show the following:

1. On December 28, 2020, a Protective Order was entered in this case. ECF 27.

2. Pursuant to that Protective Order, Defendant's counsel marked a video as Confidential during the discovery process.

3. On November 19, 2021, Plaintiff filed an Appendix in Support of Plaintiff's Response to Defendant Motion for Summary Judgment ECF 41(1).

4. Exhibit J (p. 289) of Plaintiff's Appendix is a place holder for the confidential video. ECF 41(1), p. 289.

5. Exhibit I (p. 271-288) of Plaintiff's Appendix consists of Plaintiff's expert report, which included a screen shot of the confidential video. The screen shot (p. 287) of Plaintiff's Appendix was redacted. ECF 41(1), p. 287.

6.  Pursuant to CMA Civ. Practice Standard 7.1E(d)(1), Plaintiff is attaching a copy of Exhibit J and a copy of unredacted Exhibit I to this Motion.

7.  Pursuant to D.C.COLO.LCivR 7.2(c), CMA Civ. Practice Standard 7.1E(d)(1), and the Protective Order in this case (ECF 27), Plaintiff requests that the attached Exhibit J and unredacted Exhibit I be filed under restriction under Level 1 – limiting access to the Parties and the Court.

8.  The confidential video shows the inside of a Colorado Department of Corrections facility and public access would allow information on the location of cameras in the facility to be known.

9.  There is no alternative to restriction which would adequately protect the interest in question and prevent the injury that would result if access is not restricted.

## II.
## CONCLUSION

For these reasons, Plaintiff James Delaney has shown that his pleadings establish the required specificity to restrict documents under D.C.COLO.LCivR 7.2(c) and CMA Civ. Practice Standard 7.1E(d)(1), and requests Level 1 Restrictions for the attached exhibits.

## PRAYER

Plaintiff respectfully asks this Court to grant Plaintiff's Motion to Restrict and for all other relief which Plaintiff is entitled.

Respectfully submitted,

*/s/ James P. Roberts*

SCOTT H. PALMER
JAMES P. ROBERTS

Scott H. Palmer, P.C.
15455 Dallas Parkway
Suite 540, LB 32
Addison, TX 75001
Telephone:    (214) 987-4100
Fax:              (214) 922-9900
Email:  scott@scottpalmerlaw.com
            james@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on November 22, 2021, a copy of this motion was served on all parties of record via the Court's CM/ECF filing system.

/s/ *James P. Roberts*
JAMES P. ROBERTS